## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 22-cr-175 (NEB/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Saladean Walker Salean, | |
| Defendant. | |

This matter comes before the Court on the Government's Motion for Continuance of Motions Hearing, ECF No. 33. This matter was scheduled for a motions hearing on December 8, 2022. ECF No. 22. As the Court previously noted, "[b]y e-mail correspondence, the Government . . . informed the Court that one of its witnesses [wa]s subject to a period of quarantine consistent with the health and safety protocols of the witness's employer." ECF No. 32 at 1. This motion formalizes the Government's request for a continuance of that hearing. *See generally* ECF No. 32 (continuing hearing to a date and time to be determined). And, as the Court also previously noted, "[b]y e-mail, Defendant Saladean Walker Salean indicated that he had no objection to a continuance of the motions hearing under the circumstances." ECF No. 32 at 1. In consultation with the parties and based on the schedules of counsel, the hearing will be reset for January 23, 2023, at 1:30 p.m.

For the reasons stated in the Court's prior Order, ECF No. 32, and pursuant to 18 U.S.C. § 3161(h), the Court finds that the ends of justice served by granting a continuance

outweigh the best interests of the public and Defendant in a speedy trial and such continuance is necessary to provide the parties and their respective counsel the time necessary for effective preparation and to make efficient use of the parties' resources. The Court further finds that such continuance is not due to a lack of diligent preparation. Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Government's Motion for Continuance of Motions Hearing, ECF No. 33, is **GRANTED**.

2. The period of time from **December 7, 2022 through January 23, 2023**, shall be excluded from Speedy Trial Act computations in this case.

3. The motions hearing shall take place before the undersigned on **January 23, 2023**, at **1:30 p.m.**, in Courtroom 9W, Diana E. Murphy U.S. Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota 55415.

Dated: December   16   , 2022

        *s/ Tony N. Leung*
Tony N. Leung
United States Magistrate Judge
District of Minnesota

*United States v. Salean*
Case No. 22-cr-175 (NEB/TNL)